1 | Leila Nourani (State Bar No. 163336)
Damien P. DeLaney (State Bar No. 246476)
2 | JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
3 | Los Angeles, California 90017-5408
Telephone: 213.689.0404
4 | Facsimile: 213.689.0430
E-mail: Leila.Nourani@jacksonlewis.com
5 | E-mail: Damien.delaney@jacksonlewis.com

Additional Counsel for Defendants Listed On Next Page

Attorneys for Defendants
ACCOUNTABLE HEALTHCARE STAFFING,
INC., and ACCOUNTABLE HEALTHCARE
HOLDINGS CORP.

Joshua Konecky, SBN 182897
jkonecky@schneiderwallace.com
Nathan Piller, SBN 300569
npiller@schneiderwallace.com
SCHNEIDER WALLACE COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Attorneys for Plaintiff
SARAH REYNOSA-JUAREZ

APPROVED
Judge Edward J. Davila
2/13/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SARAH REYNOSA-JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCOUNTABLE HEALTHCARE STAFFING, INC., and ACCOUNTABLE HEALTHCARE HOLDINGS, CORP,<br><br>Defendants. | Case No.: 5:18-cv-06302-EJD<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AFTER WITHDRAWAL OF MOTION**<br><br>**[LOCAL RULE 6-1]**<br><br>Complaint Filed: October 15, 2018<br>Trial Date: None Set |

Shannon B. Nakabayashi (State Bar No. 215469)
Mariko Mae Ashley (State Bar No. 311897)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, CA  94111
Telephone     415.394.9400
Facsimile:    415.394.9401
E-mail:       Shannon.Nakabayashi@jacksonlewis.com
              Mariko.Ashley@jacksonlewis.com

Attorneys for Defendants
ACCOUNTABLE HEALTHCARE STAFFING, INC., and ACCOUNTABLE HEALTHCARE HOLDINGS CORP.

Defendants Accountable Healthcare Staffing, Inc. and Accountable Healthcare Holdings Corp. ("Defendants") and Plaintiff Sarah Reynosa-Juarez ("Plaintiff") (collectively, the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, Defendants' filed their Motion to Dismiss for Lack of Subject Matter Jurisdiction and Compel Individual Arbitration of Plaintiff's Claims ("Motion") as a responsive pleading on January 4, 2019.

2. WHEREAS, Defendants' withdrew their Motion without prejudice on February 1, 2019.

**Accordingly, the Parties agree and jointly stipulate that:**

1. Defendants' deadline to file their Answer to Plaintiff's Complaint is March 4, 2019.

Dated: February 12, 2019

JACKSON LEWIS P.C.

By: /s/ Mariko Mae Ashley
Shannon B. Nakabayashi
Leila Nourani
Damien P. DeLaney
Mariko Mae Ashley

Attorneys for Defendants
ACCOUNTABLE HEALTHCARE STAFFING, INC., and ACCOUNTABLE HEALTHCARE HOLDINGS, CORP.

Dated: February 12, 2019

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP.

By: /s/ Nathan Piller
Joshua Konecky
Nathan Piller

Attorneys for Plaintiff
SARAH REYNOSA-JUAREZ

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."
4821-9680-1416, v. 2