1  Leila Nourani (State Bar No. 163336)
   Damien P. DeLaney (State Bar No. 246476)
2  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
3  Los Angeles, California 90017-5408
   Telephone:   213.689.0404
4  Facsimile:   213.689.0430
   E-mail:      Leila.Nourani@jacksonlewis.com
5  E-mail:      Damien.delaney@jacksonlewis.com

6  Additional Counsel for Defendants Listed On Next Page

7  Attorneys for Defendants
   ACCOUNTABLE HEALTHCARE STAFFING,
8  INC., and ACCOUNTABLE HEALTHCARE
   HOLDINGS CORP.

9
   Joshua Konecky, SBN 182897
10 jkonecky@schneiderwallace.com
   Nathan Piller, SBN 300569
11 npiller@schneiderwallace.com
   SCHNEIDER WALLACE COTTRELL KONECKY
12 WOTKYNS LLP
   2000 Powell Street, Suite 1400
13 Emeryville, CA 94608
   Telephone: (415) 421-7100
14 Facsimile: (415) 421-7105

15 Attorneys for Plaintiff
   SARAH REYNOSA-JUAREZ

**APPROVED**
Judge Edward J. Davila
3/5/2019

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| SARAH REYNOSA-JUAREZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ACCOUNTABLE HEALTHCARE STAFFING, INC., and ACCOUNTABLE HEALTHCARE HOLDINGS, CORP,<br><br>Defendants. | Case No.: 5:18-cv-06302-EJD<br><br>**AMENDED JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[LOCAL RULE 6-1]**<br><br>Complaint Filed:  October 15, 2018<br>Trial Date:       None Set |

| | |
|---|---|
| 1 | Shannon B. Nakabayashi (State Bar No. 215469) |
| | Mariko Mae Ashley (State Bar No. 311897) |
| 2 | JACKSON LEWIS P.C. |
| | 50 California Street, 9th Floor |
| 3 | San Francisco, CA  94111 |
| | Telephone     415.394.9400 |
| 4 | Facsimile:     415.394.9401 |
| | E-mail:         Shannon.Nakabayashi@jacksonlewis.com |
| 5 | Mariko.Ashley@jacksonlewis.com |
| 6 | Attorneys for Defendants |
| | ACCOUNTABLE HEALTHCARE STAFFING, |
| 7 | INC., and ACCOUNTABLE HEALTHCARE |
| | HOLDINGS CORP. |

Defendants Accountable Healthcare Staffing, Inc. and Accountable Healthcare Holdings Corp. ("Defendants") and Plaintiff Sarah Reynosa-Juarez ("Plaintiff") (collectively, the "Parties") hereby stipulate and agree as follows:

1. WHEREAS, the Parties previously stipulated allow Defendants to file their Answer to Plaintiff's Complaint on March 4, 2019.

**Accordingly, the Parties agree and jointly stipulate that:**

1. Defendants' deadline to file their Answer to Plaintiff's Complaint is now March 11, 2019.

Dated: March 4, 2019

JACKSON LEWIS P.C.

By: /s/ Mariko Mae Ashley
Shannon B. Nakabayashi
Leila Nourani
Damien P. DeLaney
Mariko Mae Ashley

Attorneys for Defendants
ACCOUNTABLE HEALTHCARE STAFFING, INC., and ACCOUNTABLE HEALTHCARE HOLDINGS, CORP.

Dated: March 4, 2019

SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP.

By: /s/ Nathan Piller
Joshua Konecky
Nathan Piller

Attorneys for Plaintiff
SARAH REYNOSA-JUAREZ

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."
4837-5769-5625, v. 1