1  Joshua Konecky (State Bar No. 182897)
   Leslie H. Joyner (State Bar No. 262705)
2  Nathan Piller (State Bar No. 300569)
   SCHNEIDER WALLACE COTTRELL KONECKY LLP
3  2000 Powell Street, Suite 1400
   Emeryville, CA 94608
4  Telephone: (415) 421-7100
   Facsimile: (415) 421-7105
5  E-mail:  jkonecky@schneiderwallace.com
   E-mail:  ljoyner@schneiderwallace.com
6  E-mail:  npiller@schneiderwallace.com

7  Attorneys for Plaintiffs

8  Leila Nourani (State Bar No. 163336)
   Damien P. DeLaney (State Bar No. 246476)
9  JACKSON LEWIS P.C.
   725 South Figueroa Street, Suite 2500
10 Los Angeles, California  90017-5408
   Telephone:   (213) 689-0404
11 Facsimile:    (213) 689-0430
   E-mail: Leila.Nourani@jacksonlewis.com
12 E-mail: Damien.Delaney@jacksonlewis.com

13 Attorneys for Defendants
   ACCOUNTABLE HEALTHCARE STAFFING,
14 INC., and ACCOUNTABLE HEALTHCARE
   HOLDINGS CORP.
15
   Additional Counsel for Defendants Listed On Next Page
16

17                   UNITED STATES DISTRICT COURT

18            NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

19

| | |
|---|---|
| SARAH REYNOSA-JUAREZ, individually and on behalf of all others similarly situated, | Case No.: 5:18-cv-06302-EJD |
| Plaintiffs, | **STIPULATION OF DISMISSAL IN LIGHT OF SETTLEMENT** |
| v. | |
| ACCOUNTABLE HEALTHCARE STAFFING, INC., and ACCOUNTABLE HEALTHCARE HOLDINGS, CORP, | |
| Defendants. | |

1  Shannon B. Nakabayashi (State Bar No. 215469)
   Mariko Mae Ashley (State Bar No. 311897)
2  JACKSON LEWIS P.C.
3  50 California Street, 9th Floor
   San Francisco, CA  94111
4  Telephone:   (415) 394-9400
   Facsimile:     (415)394-9401
5  E-mail:   Shannon.Nakabayashi@jacksonlewis.com
   E-mail:   Mariko.Ashley@jacksonlewis.com
6
7  Attorneys for Defendants
   ACCOUNTABLE HEALTHCARE STAFFING,
8  INC., and ACCOUNTABLE HEALTHCARE
   HOLDINGS CORP.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sarah Reynosa-Juarez, and Defendants Accountable Healthcare Staffing, Inc. and Accountable Healthcare Holdings Corp ("Defendants") (collectively the "Parties") HEREBY STIPULATE as follows:

WHEREAS on October 15, 2018, Plaintiff filed this case as a collective action under the federal Fair Labor Standards Act (FLSA) and a putative class action under Rule 23 for violations of California law. (Dkt. 1).

WHEREAS on May 16, 2019, Defendants filed their renewed to Compel Individual Arbitration (Dkt. 38).

WHEREAS on November 7, 2019, the Court granted Defendants' Motion and compelled arbitration of Plaintiff's claims on an individual basis and stayed this case in its entirety pending the final resolution of arbitration. (Dkt. 50).

WHEREAS, on July 16, 2020, Plaintiff filed her demand for arbitration before the American Health Lawyers Association.

WHEREAS, on September 23, 2020, the parties reached an agreement to settle all of Plaintiff's individual claims.

WHEREAS, as an individual settlement, the terms of the agreement are confidential, however, the settlement provides for the dismissal of this case, with prejudice with respect to all claims.

WHEREAS in light of the foregoing, the parties HEREBY STIPULATE and respectfully request, that the Court grant the parties' request to voluntarily dismiss with this case with prejudice pursuant to the terms of the parties' confidential settlement agreement.

Respectfully submitted,

Dated: January 20, 2021          JACKSON LEWIS P.C.

By:   /s/ Shannon B. Nakabayashi
       Shannon B. Nakabayashi
       Mariko Mae Ashley
       Attorneys for Defendants
       ACCOUNTABLE HEALTHCARE
       STAFFING, INC., and
       ACCOUNTABLE HEALTHCARE
       HOLDINGS, CORP.

Dated: January 20, 2021　　　　　　　　　　　SCHNEIDER WALLACE COTTRELL
　　　　　　　　　　　　　　　　　　　　　　　　KONECKY LLP

　　　　　　　　　　　　　　　　　　　By:　 /s/ Leslie Joyner
　　　　　　　　　　　　　　　　　　　　　 Joshua Konecky
　　　　　　　　　　　　　　　　　　　　　 Leslie Joyner**
　　　　　　　　　　　　　　　　　　　　　 Attorneys for Plaintiffs

　　**I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ATTESTATION PER LOCAL RULE 5-1(i)(3)

　　The e-filing attorney hereby attests that concurrence in the filing of the document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this e-filed document.

Dated: January 20, 2021

　　　　　　　　　　　　　　　　　　　　　　 */s/ Leslie Joyner*
　　　　　　　　　　　　　　　　　　　　　　 Leslie Joyner (SBN 262705)
　　　　　　　　　　　　　　　　　　　　　　 SCHNEIDER WALLACE COTTRELL
　　　　　　　　　　　　　　　　　　　　　　 KONECKY LLP

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2021, I electronically filed the foregoing document with The Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Dated: January 20, 2021

　　　　　　　　　　　　　　　　　　　　　　 */s/ Leslie Joyner*
　　　　　　　　　　　　　　　　　　　　　　 Leslie Joyner (SBN 262705)
　　　　　　　　　　　　　　　　　　　　　　 SCHNEIDER WALLACE COTTRELL
　　　　　　　　　　　　　　　　　　　　　　 KONECKY LLP